IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTGARD INSURANCE CO., : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-2273 |
| DANIEL JAMES JOHNSON, *et al.*, : | |
| Defendants. : | |

# ORDER

**AND NOW**, this 12th day of June 2013, upon consideration of the cross-motions for summary judgment filed by Plaintiff Trustgard Insurance Company (Doc. No. 16) and Defendant Chester Heights Camp Meeting Association (Doc. No. 17), and the responses thereto, and for the reasons stated in the accompanying Opinion, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is **GRANTED**; Plaintiff does not have a duty to defend or indemnify Defendant Daniel James Johnson in the Underlying Civil Action filed against him by Defendant Chester Heights Camp Meeting Association in the Delaware County Court of Common Pleas (No. 12-467).

2. Defendant Chester Heights Camp Meeting Association's Motion is **DENIED**.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

                                                   **BY THE COURT:**

                                                 **/s/ Cynthia M. Rufe**

                                                 _____
                                               **CYNTHIA M. RUFE, J.**